**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------- x

UNITED STATES OF AMERICA            :
                                    :   NOTICE OF INTENT TO
            -v.-                    :   FILE AN INFORMATION
                                    :
RAYMOND CHU                         :
                                    :
            Defendant.              :
                                    :
-------------------- x

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         November 13, 2007

**JUDGE BAER**

**08 CRIM 45**

MICHAEL J. GARCIA
United States Attorney

By: _____
    Daniel W. Levy
    Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
Daniel C. Oliverio, Esq.
Hodgson Russ LLP

_____
Ian J. Redpath, Esq.

Attorneys for Defendant
Raymond Chu

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

11/13/07 WHEEL A