```
UNITED STATES DISTRICT COURT                JUDGE BAER
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :
                                         WAIVER OF INDICTMENT
           -v.-                     :
                                         08 Cr. _____ (HB)
RAYMOND CHU,                        :

                Defendant.          :

- - - - - - - - - - - - - - - - - -x
```

    The above-named defendant, who is accused of violating Title 26, United States Code, Sections 7201 and 7202, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, New York
          January 17, 2008

                                    _____
                                    Raymond Chu
                                    Defendant

                                    _____
                                    Witness

                                    _____
                                    Daniel C. Oliverio, Esq.
                                    Hodgson Russ LLP
                                    Ian J. Redpath, Esq.
                                    Attorneys for Defendant
                                    Raymond Chu

[ELECTRONICALLY FILED stamp: JAN 17 2007]