*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2008

By Facsimile
The Honorable Harold Baer, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 2/25/08
```

    Re:    <u>United States v. Raymond Chu</u>
           08 Cr. 45 (HB)

Dear Judge Baer:

    The Government respectfully submits this request that the sentencing of the above-referenced defendant be adjourned from April 17, 2008, at 11:30 a.m. The Government understands that the Court and defense counsel are all available on May 22, 2008, at 12:30 p.m.

    The reason for the requested adjournment is because the Probation Office has not yet completed its draft Presentence Report. Based on my communications with the assigned Probation Officer, the Government understands that he intends to do so by April 4, 2008. Because the defendant has a right to have the draft PSR 35 days prior to sentencing, pursuant to Rule 32(e)(2), the sentencing could not take place before May 9, 2008. Based on my conversations with your Honor's deputy, I understand that the Court is not available until May 22, 2008.

The Honorable Harold Baer, Jr.
March 24, 2008
Page 2

     Based on my electronic correspondence with defense counsel, I can represent that they do not object to the requested adjournment.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

By: _____
     Daniel W. Levy
     Assistant United States Attorney
     Telephone: (212) 637-1062

cc:    Daniel C. Oliverio, Esq.
       Hodgson Russ LLP

       Ian J. Redpath, Esq.

       Walter J. Quinn
       United States Probation Officer

*[Handwritten: May 22, 08 at 10AM]*

*[Signed: Harold Baer, Jr., U.S.D.J.]*

Date: 3/25/08